# UNITED STATES BANKRUPTCY COURT

EASTERN District of MICHIGAN

In re  Marie A. Smith                    ,          Case No.  10-43526
     Debtor

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to §1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:  Ocwen Loan Servicing, LLC      Court claim no. (if known):  7

Last four digits of any number you use to identify the debtor's account:  xxxxxx0575

Date of payment Change:  7/1/2014
Must be at least 21 days after date of this notice

Property address: 1531 Cleveland Ave, Lincoln Park MI 48146-2336
TT# 441027B01

New total payment:  $640.32
Principal, Interest, and escrow if any

### Part 1: Escrow Account Payment Adjustment

Will there be a charge in the debtor's escrow account payment?

**x** No
☐ Yes. Attached is a copy of the escrow account statement, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:  $_____       New escrow payment:  $_____

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's Variable-rate note?

☐ No
**x** Yes. Attached is a copy of the rate change notice, prepared according to applicable nonbankruptcy law. Describe the basis for the change. If a notice is not attached, explain why: _____

Current interest rate:  10.99  %             New interest rate:  10.99  %
Current principal and interest payment:  $ 644.10       New principal and interest payment:  $ 615.50

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

**x** No
☐ Yes. Attached is a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment:  $_____      New mortgage payment:  $_____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:
☐ I am the creditor.    ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/ _[signature]_                                      Date    6/3/2014
   Signature

Print:    Crystal  Price-Buckley P69921                  Title    Attorney for Ocwen Loan Servicing, LLC
          First Name    Middle Name    Last Name

Company   Trott & Trott, P.C.

Address   31440 Northwestern Hwy Ste 200
          Number    Street
          Farmington Hills MI 48334-5422
          City              State    Zip Code

Contact Phone    248.642.2515                            Email    EasternECF@trottlaw.com



**OCWEN**

Ocwen Loan Servicing, LLC
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

5/15/2014

Account Number ▇▇▇0575
Case Number - 10-43526

Kevin Smith
Marie Smith
1531 Cleveland Avenue
Lincoln Park, MI 48146

Ocwen Financial Corporations
1661 Worthington Road Suite 100
West Palm Beach, Florida 33409

### Changes to Mortgage Interest Rate and Payment on 7/1/2014

Under the terms of the Adjustable-Rate Mortgage (ARM), there is a 6 month period during which the interest rate stayed the same. That period ends on 6/1/2014, so on that date the interest rate may change. After that, the interest rate may change every 6 month(s) for the rest of the loan term. Any change in the interest rate may also change the mortgage payment.

|  | Current Rate and MONTHLY Payment | New Rate and MONTHLY Payment |
|---|---|---|
| Interest Rate | 10.99% | 10.99% |
| Escrow (Taxes and Insurance) | $24.82 | $24.82 |
| **Total MONTHLY Payment** | **$668.92** | **$640.32 (due 7/1/2014)** |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 0.3225% and the margin is 6%. The 6 LIBOR 1ST BUS DAY is published MONTHLY in WallStreet Journal. The calculated amount is rounded by 0.125%.

**Rate Limit(s):** The rate cannot go higher than 17.99%, or lower than 10.99% over the life of the loan. The rate can change each time by no more than 1.5%.

**New Interest Rate and Monthly Payment:** The table above shows the new interest rate and new monthly payment. These amounts are based on the 6 LIBOR 1ST BUS DAY as of now, the margin, 6%, to the index, the loan balance of $51859.92, and the remaining loan term of 162 months.

**Prepayment Penalty:** "None"

*This communication is from a debt collector attempting to collect a debt and any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*
*NMLS # 1852*


OCWEN

*Ocwen Loan Servicing, LLC*
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

You should be aware that your overall monthly payment could change on a separate date as a result of any increases or decreases in real estate taxes and/or insurance. We apologize for any inconvenience this might have caused. If you have any questions relating to this notice, please contact our Customer Care Center with any questions at (800) 746-2936 Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,

Customer Care Center

*This communication is from a debt collector attempting to collect a debt and any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt. NMLS # 1852*



Ocwen Loan Servicing, LLC
HELPING HOMEOWNERS IS WHAT WE DO! ™
WWW.OCWEN.COM

OCWEN

*This communication is from a debt collector attempting to collect a debt and any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.*
*NMLS # 1852*