B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re  Marie A. Smith_____,     Case No. 10-43526_____
     Debtor

                                                                              Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB7

**Name of creditor:** _____     **Court claim no**. (if known): 7_____

**Last four digits** of any number you use to identify the debtor's account: 0 5 7 5

**Date of payment change:** 07/01/2015
Must be at least 21 days after date of this notice     mm/dd/yyyy

**New total payment:** $ 639.93
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☑ No
☐ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 24.82     **New escrow payment:** $ 24.82

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☐ No
☑ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** 10.99000 %     **New interest rate:** 10.99000 %

**Current principal and interest payment:** $ 615.50     **New principal and interest payment:** $ 615.11

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No
☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Noel J. Ravenscroft
Signature

Date 06/02/2015
mm/dd/yyyy

**Print:** Noel J. Ravenscroft
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Potestivo & Associates, P.C.

Address  811 South Boulevard, Suite 100
Number   Street

Rochester Hills   MI   48307
City   State   ZIP Code

Contact phone  (248) 853-4400

Email  nravenscroft@potestivolaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:

    Marie A. Smith                                Case No.: 10-43526
                                                                                Judge Walter Shapero

    Debtor,                                    Chapter 13

_____/

Potestivo & Associates, P.C.
By: Noel J. Ravenscroft (P77729)
Attorney for Ocwen Loan Servicing, LLC
811 South Blvd. Suite 100
Rochester Hills, MI 48307
(248) 853-4400
nravenscroft@potestivolaw.com

Thomas Paluchniak (P70284)
Attorney for Debtor
700 Towner Street
Ypsilanti, MI 48198
734-485-7000
tpaluchniak@babutlaw.com
  _____/

**PROOF OF SERVICE**

     I, Corey L. Watts, state that on the 2$^{nd\ Day}$ June 2015, I served a copy of the Notice of Mortgage Payment Change and Proof of Service of same upon:

| | | |
|---|---|---|
| Tammy L. Terry | Marie A. Smith | Thomas Paluchniak |
| Buhl Building | 1531 Cleveland Ave. | 700 Towner Street |
| 535 Griswold | Lincoln Park, MI 481462 | Ypsilanti, MI 48198 |
| Suite 2100 | | |
| Detroit, MI 48226 | | |

By placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester Hills, State of Michigan to Debtor and via CM-ECF electronic filing to the Debtors' Attorney and the Trustee.

                                            */s/ Corey L. Watts*
                                            Corey L. Watts
                                            Employee of Potestivo & Associates, P.C.
                                            811 South Boulevard, Suite 100
                                            Rochester Hills, MI 48307
                                            (248) 853-4400
                                            cwatts@potestivolaw.com



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
HELPING HOMEOWNERS IS WHAT WE DO! ™

1661 Worthington Road Suite 100
West Palm Beach, FL 33409
Toll Free: Redacted

05/22/2015

Account Number: Redacted
Case Number – Redacted

Kevin Smith
Marie Smith
1531 Cleveland Ave
Lincoln Park, MI 48146

**Property Address:**
1531 Cleveland Ave
Lincoln Park, MI 48146

### Corrected Changes to Mortgage Interest Rate and Payment on 07/01/2015

Under the terms of the Adjustable-Rate Mortgage (ARM), there is a 6 month period during which the interest rate stayed the same. That period ends on 06/01/2015, so on that date the interest rate may change. After that, the interest rate may change every 6 month(s) for the rest of the loan term. Any change in the interest rate may also change the mortgage payment.

|  | **Current** Rate and monthly Payment | **New** Rate and monthly Payment |
|---|---|---|
| Interest Rate | 10.99000% | 10.99000% |
| Escrow (Taxes and Insurance) | $24.82 | $24.82 |
| **Total monthly Payment** | **$640.32** | **$639.93 (due 07/01/2015)** |

**Interest Rate:** We calculated the interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under the loan agreement, the index rate is 0.40790% and the margin is 6.00000%. The 6 LIBOR 1ST BUS DAY is published Monthly in Wall Street Journal. The calculated amount is rounded by 0.12500%.

**Rate Limit(s)**: The rate cannot go higher than 17.99000%, or lower than 10.99000% over the life of the loan. The rate can change each time by no more than 1.00000%.

**New Interest Rate and Monthly Payment**: The table above shows the new interest rate and new monthly payment. These amounts are based on the 6 LIBOR 1ST BUS DAY as of now, the margin 6.00000%, to the index, the loan balance of $50,054.22, and the remaining loan term of 150 months.
Notice Regarding Bankruptcy:  Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt.  If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay.  If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally.  Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.



Ocwen Loan Servicing, LLC
WWW.OCWEN.COM
HELPING HOMEOWNERS IS WHAT WE DO! ™

1661 Worthington Road Suite 100
West Palm Beach, FL 33409
Toll Free: Redacted

**Prepayment Penalty**: None

You should be aware that your overall monthly payment could change on a separate date as a result of any increases or decreases in real estate taxes and/or insurance. We apologize for any inconvenience this might have caused. If you have any questions relating to this notice, please contact our Customer Care Center at Redacted Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,

Customer Care Center

Notice Regarding Bankruptcy: Please be advised that this letter is in no way an attempt to collect either a pre-petition, post petition or discharged debt. If your bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If you have received an Order of Discharge in a bankruptcy case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from you personally. Finally, if you are in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, you should continue to make payments in accordance with your plan. If your loan has been paid in full or already foreclosed upon, this is not an attempt to collect any additional funds from you.