Fill in this information to identify the case:

Debtor 1: Marie A. Smith

Debtor 2 (Spouse, if filing): 

United States Bankruptcy Court for the: Eastern District of Michigan (State)

Case number: 10-43526

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank National Association, as Trustee, forthe C-BASS Mortgage Loan Asset-BackedCertificates, Series 2005-CB7

**Court claim no. (if known):** 7

**Last 4 digits of any number you use to identify the debtor's account:** 0 5 7 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 1/1/2017

** This notice of payment change is being filed in the interest of completeness in the court record. The effective date on this analysis was scheduled to be prior to the filing of this notice. In order to comply in good faith with FRBP 3002.1(b), Ocwen will adjust the effective date to 01/01/2017. To further remedy the situation, Ocwen will pay only the total increased amount of $ 895.23 for the period from 12/1/2015 to 6/01/2016 and not seek contribution from debtor or the estate. Upon the new effective date debtor or the estate shall be solely responsible for the entire new payment amount until further adjustment.

**New total payment:** $ 776.06 **
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - [x] No
   - [ ] Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $_____    New escrow payment: $_____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - [ ] No
   - [x] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 10.99%    New interest rate: 10.99%
   Current principal and interest payment: $591.73    New principal and interest payment: $ 776.06

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - [x] No
   - [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____
   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1                     Notice of Mortgage Payment Change                     page 1

10-43526-mlo   Doc 116   Filed 11/23/16   Entered 11/23/16 08:59:55   Page 1 of 4

| Debtor 1 | Marie | A. | Smith | | Case number (if known) 10-43526 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /S/ _[signature]_   Date 1/.22 16
Signature

Trott # 468333B01

(P58471)

Print: Ethan C. Dammond
     First Name  Middle Name  Last Name

Title: Attorney for U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB7

Company: Trott Law, P.C.

Address: 31440 Northwestern Hwy Ste. 200
     Number  Street

Farmington Hills, MI 48334-5422
City  State  ZIP Code

Contact phone 248.642.2515

Email EasternECF@trottlaw.com



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

11/09/2016

Loan Number: ▮
Case Number - ▮

Kevin Smith
Marie Smith
1531 Cleveland Ave
Lincoln Park, MI 48146-2336

Property Address: 1531 Cleveland Ave
Lincoln Park, MI 48146-2336

## Changes to Mortgage Interest Rate and Payment on 01/01/2017

Under the terms of the Adjustable-Rate Mortgage (ARM), there is a 6 month period during which the interest rate stayed the same. That period ends on 12/01/2016, and the interest rate may change. After that, the interest rate may change every 6 month(s) for the rest of the loan term. Any change in the interest rate may also change the mortgage payment.

|  | Current Rate and monthly Payment | New Rate and monthly Payment |
|---|---|---|
| Interest Rate | 10.99000% | 10.99000% |
| Principal | $48.18 | $232.95 |
| Interest | $543.55 | $543.11 |
| Escrow (Taxes and Insurance) | $0.00 | $0.00 |
| Total monthly Payment | $591.73 | $776.06 (Due 01/01/2017) |

**Interest Rate**: We calculated the interest rate by taking a published "index rate" and adding the "margin". Under the loan agreement, the index rate is 1.25600% and the margin is 6.00000%. The 6 LIBOR 1ST BUS DAY is published Monthly in WallStreet Journal. The calculated amount is rounded by 0.12500%.

**Rate Limit(s)**: The rate cannot go higher than 17.99000%, or lower than 10.99000% over the life of the loan. The rate can change each time by no more than 1.50000%.

**New Interest Rate and Monthly Payment**: The table above shows the new interest rate and new monthly payment. These amounts are based on the 6 LIBOR 1ST BUS DAY as of now, the margin 6.00000%, to the index, the loan balance of $59,302.32, and the remaining loan term of 132 months.

**Prepayment Penalty**: None

NMLS # ▮

ARMBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*



**Ocwen Loan Servicing, LLC**
WWW.OCWEN.COM
*Helping Homeowners is What We Do!*™

1661 Worthington Road, Suite 100
West Palm Beach, FL. 33409
Toll Free: (800) 746 - 2936

Please note the overall monthly payment could change on a separate date as a result of any increases or decreases in real estate taxes and/or insurance. We apologize for any inconvenience this might have caused. If you have any questions relating to this notice, please contact our Customer Care Center at (800) 746-2936 Monday to Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm and Sunday 9:00 am to 9:00 pm ET.

Sincerely,
Loan Servicing

NMLS # ▮▮▮▮▮▮▮▮ ARMBKM

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally.*