UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Marie A. Smith | Chapter 13 |
| 1531 Cleveland Avenue | Case Number: 10-43526 |
| Lincoln Park, MI 48146 | Judge Maria Oxholm |

Social Security #: xxx-xx-3577

                      Debtor(s).
_____/

## THE DEBTOR OBJECTS TO THE NOTICE OF MORTGAGE PAYMENT CHANGE

The Debtor objects to the Notice of Mortgage Payment Change filed by Ocwen Loan Servicing, LLC (hereinafter "the Creditor"), Docket Number 95, for the following reason(s):

### Objection to Escrow Increase:

1. The Creditor filed a Notice of Mortgage Payment Change on or about November 23, 2016 [Docket Number 116]. *See Exhibit 1.*

2. Pursuant to the confirmed plan, the Debtor makes these payments direct and has not missed a payment.

3. Through its Notice of Mortgage Payment Change, the Creditor seeks to increase the Debtor's monthly mortgage payment from $591.73 to $776.06.

4. The mortgage does not have an escrow for property taxes or insurance, as the Debtor pays for these items herself.

5. The Creditor's statement shows that the mortgage is an adjustable rate mortgage [ARM] whereby the Rate adjusts ever six months. *See Exhibit 1*.

6. The Rate prior to the Creditor's Notice, and the Rate under the Notice are exactly the same: 10.99000%. *See Id.*

7. There is no readily apparent reason for the mortgage payment to increase based on the Notice of Mortgage Payment Change because the Debtor has not missed any mortgage payments, there is no escrow subject to change, and the interest rate has not adjusted higher.

8. The Debtor believes the increase is related to the Creditor improperly holding her post-petition monthly payments for a prolonged period of time without timely crediting the post-petition amounts paid towards her principal resulting in an estimated $4, 897.03 improper charge [as of 03/21/2017].

9. The improper charge is shown in a mortgage statement the Creditor provided the Debtor on or about 03/21/17. The Statement shows a principal balance allegedly owing of $59, 538.88. It also shows $4, 897.03, as the "Total Unpaid Amount." *See Exhibit 2.*

10. In light of the Debtor timely making all her mortgage payments, there isn't an apparent reason why any post-petition payments should be showing as unpaid.

11. The Debtor had an attorney friend from church [as a favor] request a mortgage accounting from the Creditor around April of 2016. On 04/18/16, the Creditor provided an accounting statement that alleged $61, 962.99 was owing as of 04/13/2016. *See Exhibit 3.*

12. After the Debtor's attorney friend brought to the Creditor's attention the improperly credited monthly payments [shown in the statement], the Creditor provided another accounting statement eight days later on 04/26/16. The revised accounting statement showed a significantly reduced outstanding principal balance of $51, 421.78 as of 04/20/2016. After the monthly payments were properly accredited in the revised accounting statement, the principal amount allegedly owed decreased by $10, 541.21.

13. The Debtor doesn't believe the revised accounting [showing $51, 421.78 owing as of 04/20/16] is properly reflected in her current monthly mortgage statements that as of 03/21/17 show a $59, 538.88 principal amount owing.

14. Based on the Creditor's revised 04/26/16 accounting statement, the Debtor beliefs her current principal balance should be less than $51, 421.78 as opposed to the $ 59, 538.88 showing on her 03/21/17 statement [as almost a year of payments have been paid].

15. The Debtor further believes that if the Creditor's accounting was corrected, there would be no reason for her monthly mortgage payment to increase from $591.73 to $776.06.

Wherefore the Debtor asks the Court to **DENY** the Creditor's Mortgage Increase, Order the Creditor to correct its accounting, and provide any other relief the Court finds equitable.

Dated: April 11, 2017  /s/ Thomas Paluchniak
Thomas Paluchniak (P70284)
Babut Law Offices, P.L.L.C.
700 Towner Street
Ypsilanti, MI  48197
734-485-7000
tpaluchniak@babutlaw.com

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Marie A. Smith | Chapter 13 |
| 1531 Cleveland Avenue | Case Number: 10-43526 |
| Lincoln Park, MI 48146 | Judge Maria Oxholm |

Social Security #: xxx-xx-3577

                         Debtor(s).
_____/

## CERTIFICATE OF SERVICE

     I hereby certify that on April 11, 2017, a copy of the Debtor's Objection to the Notice of Mortgage Increase, Exhibits 1-4, and a copy of this Certificate of Service were served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Shawn Drummond
Trott Law, P.C.
31440 Northwestern Hwy, Ste 200
Farmington Hills, MI 48334-5422

 

                                                      **/s/ Thomas H. Paluchniak**
                                                      THOMAS PALUCHNIAK (P70284)
                                                      Babut Law Offices, P.L.L.C.
                                                      700 Towner Street
                                                      Ypsilanti, MI 48198
                                                      (734) 485-7000 Fax:(734) 485-6251
                                                      tpaluchniak@babutlaw.com