# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In the Matter of:

| | |
|---|---|
| Marie A. Smith<br>1531 Cleveland Avenue<br>Lincoln Park, MI 48146 | Chapter 13<br>Case Number: 10-43526<br>Judge Maria Oxholm |

Social Security #: xxx-xx-3577

                                Debtor(s).
_____/

## **RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

The Debtor, through counsel, asks the Court to **DENY** the Trustee's Motion, and in support, states the following:

1. The Debtor neither admits nor denies the Trustee's allegation(s) in Paragraph 1.

2. The Debtor lacks information necessary to admit or deny the Trustee's allegation(s) in Paragraph 2. Therefore for purposes of this Response the Debtor denies the Trustee's allegation(s). The Debtor thinks the alleged deficiency may be a balance owing on the 2014 tax refund, which the Debtor subsequently has provided to the Trustee.

WHEREFORE the Debtor asks the Court to **DENY** the Trustee's Motion to Dismiss.

                                            Respectfully Submitted,

| | |
|---|---|
| Dated: April 24, 2017 | /s/ Thomas Paluchniak<br>Thomas Paluchniak (P70284)<br>Babut Law Offices, P.L.L.C.<br>700 Towner Street<br>Ypsilanti, MI  48198<br>734-485-7000<br>tpaluchniak@babutlaw.com |

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

In the Matter of:

| | |
|---|---|
| Marie A. Smith | Chapter 13 |
| 1531 Cleveland Avenue | Case Number: 10-43526 |
| Lincoln Park, MI 48146 | Judge Maria Oxholm |

Social Security #: xxx-xx-3577

                            Debtor(s).
_____/

**PROOF OF SERVICE**

      Kim Justice hereby certifies that on April 24, 2017, she served a copy of the following documents:

- Response to Trustee's Motion to Dismiss

Upon:

> TAMMY TERRY
> Chapter 13 Trustee
> 535 Griswold
> Suite 2100
> Detroit MI 48226

via: the Electronic Court Filing System

| | |
|---|---|
| Dated: April 24, 2017 | /s/ Kim Justice |
| | Kim Justice |
| | Babut Law Offices, P.L.L.C. |
| | 700 Towner Street |
| | Ypsilanti, MI 48198 |
| | 734-485-7000 |
| | kim@babutlaw.com |