UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 13 No. 10-43526
Marie A. Smith
         Debtor.  Hon. Maria L. Oxholm
_____/

**RESPONSE TO THE DEBTORS' OBJECTION TO THE NOTICE OF MORTGAGE PAYMENT CHANGE**

NOW COMES Creditor, U.S. Bank National Association, as Trustee, for the C-BASS Mortgage Loan Asset-Backed Certificates, Series 2005-CB7, by and through their attorneys, Trott Law, P.C., and hereby responds to Debtors' Objection to the Notice of Mortgage Payment Change with respect to the property located at 1531 Cleveland Ave., Lincoln Park, MI 48146 as follows:

1. Admitted.
2. Admitted as to the Plan as confirmed providing for direct payments by the Debtor to Creditor. Neither admitted nor denied as to the Debtor's assertion as to having not missed any payments. Creditor request proof of all payments made during the the bankruptcy.
3. Admitted.
4. Admitted that the loan is non-escrowed. Neither admitted nor denied as to the assertion of continued direct payments of tax or insurance requirements, as the Debtor has not provided proof of these payments with the objection.
5. Admitted that the mortgage secures an Adjustable Rate Note that provides that the interest rate and payment amount may change every six months.
6. Admitted.
7. Neither admitted nor denied. See Paragraph 2 above. However, Creditor is in the process of adjusting the loan balance and will provide for an updated payment amount based on previous communications with the Debtor through her counsel.
8. Denied. See paragraph 7 above.
9. See paragraph 7 above.
10. See paragraph 7 above.
11. See paragraph 7 above.
12. See paragraph 7 above.
13. See paragraph 7 above.

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628

14. See paragraph 7 above.

15. See paragraph 7 above.

WHEREFORE, Creditor requests that this Honorable Court overrule the Debtor's Objection, and Order any other relief this Court deems just and equitable.

Dated: July 3, 2017

Respectfully Submitted,
Trott Law, P.C.

/S/ Kim Morden Rattet (P62616)
Attorney for U.S. Bank National
Association, as Trustee, for
the C-BASS Mortgage Loan Asset-Backed
Certificates, Series 2005-CB7
31440 Northwestern Hwy Ste. 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

Trott #468333B01

TROTT LAW, P.C.
31440 NORTHWESTERN HWY
STE. 200
FARMINGTON HILLS, MI
48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628